IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      CRIMINAL ACTION NO. 2:14-cr-00277

ROBERT J. REYNOLDS,

        Defendant.

**ORDER**

The Court will hold a hearing to discuss the factual and legal basis for all pled offenses in the above-styled cases on **January 27 2016, at 9:30 a.m.**

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

                              ENTER:        January 19, 2016

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE