IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                               CRIMINAL ACTION NO. 2:14-cr-00277

ROBERT J. REYNOLDS,

        Defendant.

**ORDER**

On January 25, 2016, Defendant electronically filed a sentencing memorandum in the above-styled case. That document was not filed under seal. The next day, the Clerk classified the document as incorrectly filed and sealed that document. On January 28, 2016, the Court received a letter from the Charleston Gazette-Mail expressing concerns about the sealing of documents in Defendant's and related cases. (ECF No. 33.) The Court made that letter a part of the docket and ordered the parties to file memoranda outlining the need to seal the sentencing memoranda in this case. (ECF No. 32.) Defendant response to that Order indicates that he does not object to his sentencing memorandum being unsealed and made available to the public. (ECF No. 34.)

Accordingly, the Court **DIRECTS** the clerk to unseal Defendant's sentencing memorandum, currently docketed as ECF No. 30. The Court further **DIRECTS** the Clerk to change the docket text to classify ECF No. 30 as a sentencing memorandum rather than objections to the presentence report.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: February 1, 2016

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE