```
Court Name: US District Court/SDWV
Division: 2
Receipt Number: CHAR010587
Cashier ID: mmalhotr
Transaction Date: 02/10/2016
Payer Name: ROBERT J. REYNOLDS

CRIMINAL DEBT
 For: ROBERT J. REYNOLDS
 Case/Party: D-WVS-2-14-CR-000277-001
 Amount:         $10,000.00

PAPER CHECK
 Check/Money Order Num: 1279704117
 Amt Tendered: $10,000.00

Total Due:      $10,000.00
Total Tendered: $10,000.00
Change Amt:     $0.00


Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check.
```